STATE OF NEW JERSEY v. ELLISON JACKSON.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE J. FUSCO, II.

November 10, 1982.

Petition for certification granted.

UNITED PROPERTY OWNER'S ASSOCIATION OF BELMAR
v. BOROUGH OF BELMAR.

November 16, 1982.

Petition for certification denied.   (See 185 *N.J.Super.* 163)

ANN TWOMEY, (DIVISION ON CIVIL RIGHTS) v. ENGLEWOOD
HOSPITAL ASSOCIATION.

November 16, 1982.

Petition for certification denied.